IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD C. ANGINO**, *et al.*, | : | CIVIL ACTION NO. 1:08-CV-0147 |
| | : | |
| Plaintiffs | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **ROBERT P. GRUBIC**, **P.E.**, *et al.*, | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this 17th day of April, 2008, upon consideration of the unopposed motion to stay all proceedings (Doc. 18; see also Doc. 23) in the above-captioned matter pending disposition of defendants' motions to dismiss (Doc. 14, 16), it is hereby ORDERED that:

1. The motion to stay (Doc. 18) is GRANTED. Discovery and all other proceedings in the above-captioned matter are STAYED pending disposition of the motions to dismiss.

2. If necessary, a revised pretrial and trial schedule shall issue upon resolution of the motions to dismiss.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge